# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129574

SUSAN TKACHIK, Successor Personal
Representative of the Estate of Janet
Elaine Mandeville, Deceased,
        Plaintiff-Appellant,

v

FRANK MANDEVILLE, JR.,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129574
COA: 262601
Macomb CC: 03-178658-CZ

On order of the Court, the application for leave to appeal the June 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

l0221